IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DELIA COLLINS, | CIVIL NO. 03-1777-AS |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION AND REMANDING FOR FURTHER PROCEEDINGS |
| v. | |
| CNF SERVICE COMPANY, INC., | |
| Defendant. | |

**MOSMAN, J.,**

On February 28, 2005, Magistrate Judge Ashmanskas issued Findings and Recommendation (docket #45) in the above-captioned case recommending remand for further proceedings consistent with his order. Defendant filed objections (#46) on March 9, 2005, recommending a grant of summary judgment while plaintiff filed a reply on March 23, 2005.

Accordingly, after de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the Court ADOPTS the Findings and Recommendation ordering remand for further proceedings as the opinion of this court.

IT IS SO ORDERED.

DATED: Portland, Oregon, June  13 , 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge